UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID ROMULUS, CASSANDRA BEALE, NICHOLAS HARRIS, ASHLEY HILARIO, and ROBERT BOURASSA, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC. and CVS CAREMARK CORPORATION<br><br>Defendants. | C.A. No. 11-cv-11734-RWZ |

## PLAINTIFFS' MOTION FOR REMAND

Pursuant to 28 U.S.C. § 1447(c), Plaintiffs respectfully move this Court to remand this action to the Superior Court for the reasons stated in the accompanying Plaintiffs' Memorandum of Law in Support of Their Motion to Remand.

Dated: October 20, 2011

Respectfully submitted,

**/s/ Todd S. Heyman**
Todd S. Heyman (BBO # 643804)
Adam M. Stewart (BBO# 661090)
SHAPIRO HABER & URMY LLP
53 State Street, 13th Floor
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
theyman@shulaw.com
astewart@shulaw.com

        Philip J. Gordon (BBO#630989)
        GORDON LAW GROUP, LLP
        585 Boylston Street
        Boston, MA 02116
        Telephone:  (617) 536-1800
        Facsimile:   (617) 536-1802
        pgordon@gordonllp.com

        *Counsel for Plaintiffs and the Class*

## Certification Pursuant to Local Rule 7.1(a)(2)

I hereby certify that I conferred and attempted in good faith to resolve or narrow the issues raised in this Motion with Defendants' counsel, but a resolution was unable to be agreed upon.

        **/s/ Todd S. Heyman**
        Todd S. Heyman

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 20, 2011.

        **/s/ Todd S. Heyman**
        Todd S. Heyman